UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATIQUALLAH SHAHEED, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES SACRAMENTO FIELD OFFICE., <br><br> Defendants. | No. 2:24-cv-1163-DC-CKD (PS) <br><br><br> ORDER |

Plaintiff, proceeding without the assistance of counsel, filed the instant action on April 19, 2024, and paid the filing fee.[1] (ECF No. 1.) On March 11, the court issued an Order to Show Cause directing the plaintiff to either file a proof of service on defendants or a statement indicating the status of service and any good cause reasons why defendants have not been served pursuant to Federal Rule of Civil Procedure 4. (ECF No. 5.) Plaintiff responded on March 24, 2025, explaining that he tried to serve the summons personally but was turned away so then he mailed the summons. (ECF No. 6.)

Good cause having been shown, the court provides plaintiff with an additional sixty (60) days to file a proof of service. Plaintiff is informed that the Federal Rules of Civil Procedure

---

[1] Because plaintiff proceeds without counsel, this matter was referred to the undersigned under Local Rule 302(c)(21).

describe how service must be accomplished, which includes serving both the complaint and the summons, not just the summons.

Pursuant to Rule 4(i) of the Federal Rules of Civil Procedure:

> (i) Serving the United States and Its Agencies, Corporations, Officers, or Employees.
> (1) *United States.* To serve the United States, a party must:
> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or
> (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.
> (2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity.* To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

Fed. R. Civ. P. 4(m).

In accordance with the above, IT IS ORDERED that:

1. Within 21 days of service of this order, plaintiff shall file proof of service on defendants or a statement indicating the status of service and any good cause reasons why defendants have not been served pursuant to Federal Rule of Civil Procedure 4.

2. Failure to respond to this order will result in a recommendation that this case be dismissed without prejudice.

Dated: March 27, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

CKD.1163.4i

2