

## United States District Court
## Eastern District of California

| Atiqullah Shaheed |
|---|

Plaintiff(s)

Case Number: | 2:24-CV-01163-DAD-CDK |
|---|

V.

| USCIS |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Kamran Joya _____ hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Atiqullah Shaheed

On _____02/24/2025_____ (date), I was admitted to practice and presently in good standing in the
_____New York, Third Judicial Department_____ (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date: _____04/10/2025_____    Signature of Applicant: / s / _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Kamran Joya |
| Law Firm Name: | Joya Law Firm |
| Address: | 1990 N. California Blvd |
| | 8th Floor |
| City: | Walnut Creek   State: CA   Zip: 94596 |
| Phone Number w/Area Code: | (415) 302-9437 |
| City and State of Residence: | Brentwood, California |
| Primary E-mail Address: | kamran@joya.law |
| Secondary E-mail Address: | kamranjoya0@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Dorukhan Korkut Oguz |
| Law Firm Name: | Oguz Law |
| Address: | 1990 N. California Blvd. 8th Floor, Ste. 38 |
| City: | Walnut Creek   State: CA   Zip: 94596 |
| Phone Number w/Area Code: | (510) 905-4040   Bar # 331895 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  April 14, 2025

_Carolyn K. Delaney_

JUDGE, U.S. DISTRICT COURT

Carolyn K. Delaney US Magistrate Judge



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Kamran Wassel Joya

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **February 24, 2025,** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Albany on February 25, 2025.*

*Clerk of the Court*

*CertID-00216450*



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3.AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022